UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH GONZALEZ,                           18-cv-9698 (JGK)

        Plaintiff,                  ORDER

    - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The movant Joseph Gonzalez is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for attorneys' fees (ECF No. 20).

SO ORDERED.

Dated:   New York, New York
        November 25, 2022

                                        John G. Koeltl
                                   United States District Judge